NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

———————————————

**COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH ORGANISATION,**
*Plaintiff - Appellee*

v.

**CISCO SYSTEMS, INC.,**
*Defendant - Appellant*

———————————————

15-1066

———————————————

Appeal from the United States District Court for the
Eastern District of Texas in case no. 6:11-cv-00343-LED
Chief Judge Leonard  Davis

———————————————

ON MOTION

O R D E R

Upon consideration of the Appellant's, Cisco Systems,
Inc., unopposed motion to extend time to file a principal
brief until January 21, 2015,

IT IS ORDERED THAT:

The motion is granted.


                                        FOR THE COURT

November 6, 2014              /s/ Daniel E. O'Toole
                             Daniel E. O'Toole
                             Clerk of Court