Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Commonwealth Scientific and Industrial Research Organisation v. Cisco Systems, Inc.

No. 2015-1066

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    Qualcomm Incorporated
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner  ☐ Respondent  ☑ Amicus curiae  ☐ Cross Appellant
☐ Appellant   ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☑ Respondent or appellee

My address and telephone are:

Name: Roger G. Brooks
Law firm: Cravath, Swaine & Moore, LLP
Address: 825 Eighth Avenue
City, State and ZIP: New York, NY 10019
Telephone: (212) 474-1000
Fax #: (212) 474-3700
E-mail address: rgbrooks@cravath.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 24, 2000

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes  ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Apr. 13, 2015                          /s/ Roger G. Brooks
Date                                   Signature of pro se or counsel

cc: _____

123